**Elaine MARSHALL, Plaintiff-Appellant,**

v.

**Frederick J. HANNA and Associates, P.C., Defendant-Appellee.**

**No. 15-15417**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 12/16/2016

---

David Neal McDevitt, Thompson Consumer Law Group, Mesa, AZ, Marques J. Carter, Law Office of Marques J. Carter, LLC, Douglasville, GA, for Plaintiff-Appellant

Michael Kevin Chapman, John Henry Bedard, Jr., David A. Kleber, Bedard Law Group, PC, Duluth, GA, for Defendant-Appellee

Before WILLIAM PRYOR and ROSENBAUM, Circuit Judges, and MARTINEZ,* District Judge.

PER CURIAM:

The only issue in this appeal is whether the venue provision of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692i(a)(2), applies to garnishment proceedings under Georgia law. That issue is controlled by recent binding precedent. *See Ray v. McCullough Payne & Haan,* 838 F.3d 1107 (11th Cir. 2016). The venue provision of the Act requires "[a]ny debt collector who brings any legal action on a debt against any consumer" to "bring such action only in the judicial district … in which such consumer signed the contract sued upon; or in which such consumer resides at the commencement of the action." 15 U.S.C. § 1629i(a)(2). We held in *Ray* that the provision does not apply to garnishment proceedings brought under Georgia law because those proceedings are "fundamentally an action against the garnishee, not the consumer." *Ray,* at 1111. Frederick J. Hanna and Associates obtained a judgment against Elaine Marshall and then filed a garnishment action in Georgia against her employer. Because this garnishment proceeding was against the garnishee, Marshall's employer, and

* Honorable Jose E. Martinez, United States District Judge for the Southern District of

not the consumer, Marshall, the venue provision of the Act does not apply.

We **AFFIRM** the judgment of the district court.